**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES E. CLEMONS,                                                      PETITIONER
ADC #137184

v.                                        5:12-cv-00176-DPM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT

<u>**ORDER**</u>

The Clerk shall serve a copy of the Petition (Doc. No. 1) and this Order on the Respondent

and the Arkansas State Attorney General's Office.  Respondent shall file an answer, motion, or other

pleading responsive to the Petition, in conformity with Rule 5 of the Rules Governing Section 2254

Cases in the United States District Court, within forty (40) days after service of this Petition,

exclusive of the day of service.

IT IS SO ORDERED this <u>12th</u> day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE