IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. CLEMONS,                                                                                    PETITIONER
ADC #137184

v.                                             5:12-cv-00176-DPM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

### ORDER

The Clerk shall serve a copy of the Petition (Doc. No. 1) and this Order on the Respondent and the Arkansas State Attorney General's Office. Respondent shall file an answer, motion, or other pleading responsive to the Petition, in conformity with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court, within forty (40) days after service of this Petition, exclusive of the day of service.

IT IS SO ORDERED this 12th day of June, 2012.

                                                                                              _____
                                                                                              JOE J. VOLPE
                                                                                              UNITED STATES MAGISTRATE JUDGE