IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. CLEMONS
ADC # 78567                                                                                       PETITIONER

v.                              No. 5:12-cv-176-DPM-JJV

WENDY KELLEY, Director, Arkansas
Department of Correction                                                                 RESPONDENT

## JUDGMENT

Recommendation, № 26, declined, although the Court comes to the same conclusion on limitations after *de novo* review.  Clemons's petition is dismissed.  No certificate of appealability will issue.  28 U.S.C. § 2253(c).

_____
D.P. Marshall Jr.
United States District Judge

31 July 2015